**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 528 MAL 2023
                              : 
         Respondent              : 
                              :    Petition for Allowance of Appeal
                              :    from the Order of the Superior Court
         v.                         : 
                              : 
                              : 
JASON KOEHLER, I,              : 
                              : 
         Petitioner                : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.